IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J.M.H., Mother of C.T.H. and
K.T.H.,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2396

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

J.M.H., pro se, for Appellant.

Dwight O. Slater, Appellate Counsel, Tallahassee, for Appellee Department of Children and Families; Kelley Schaeffer, Sanford, for Appellee Guardian ad Litem Program.

PER CURIAM.

    AFFIRMED.

WOLF, RAY, and MAKAR, JJ., CONCUR.